DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW ISAACS,**
Appellant,

v.

**FLORIDA DEPARTMENT OF REVENUE** o/b/o **MARCIA ISAACS,**
Appellee.

No. 4D22-696

[December 29, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. FMCE 06-02603 (44).

Andrew Isaacs, Tamarac, pro se.

Ashley Moody, Attorney General, Tallahassee, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***